# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| **IN RE FOREFRONT DATA BREACH LITIGATION**<br><br>This Document Relates To: ALL ACTIONS | Master File No. 1:21-cv-00887-LA<br><br>Consolidated with No. 1:21-cv-00891- LA and No. 1:21-cv-980-NJ |

## ORDER GRANTING PLAINTIFFS' *UNOPPOSED* MOTION TO CONSOLIDATE

The Plaintiffs in related cases — Plaintiff Milan E. Kunzelman in *Kunzelmann v. Forefront Dermatology, S.C., et al.,* Case No. 1-*21-cv-980-NJ ("*Kunzelmann*"), filed on August 19, 2021 and pending before the Honorable Nancy Joseph and Plaintiffs in previously consolidated actions, Plaintiff Judith Leitermann in *Leitermann, et al. v. Forefront Dermatology, S.C., et al.*, Case No. 1:21-cv-00887-LA ("*Leitermann*") and Plaintiff Lynn Anderson in *Anderson, et al. v. Forefront Dermatology, S.C., et al.*, Case No. 1:21-cv-00891-LA ("*Anderson*" and with *Leitermann* the "Consolidated Actions") (collectively, "Plaintiffs")—by and through their undersigned counsel, have moved the Court to consolidate the above-captioned actions for all purposes, including pretrial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a) ("Rule 42(a)"). For the reasons set forth in Plaintiffs' motion, to ensure consistent and efficient adjudications in this Court, and for other good cause shown, the Court hereby **GRANTS** the motion to consolidate, and issues the following orders:

1. The *Kunzelmann* Action and the Consolidated Actions District, shall be consolidated for pre-trial purposes pursuant to Rule 42(a) (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No.: 1:21-cv-00887, the number assigned to the first-filed case, and shall bear the following caption:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FOREFRONT DATA BREACH LITIGATION | Master File No. 1:21-cv-00887 |

This Document Relates To:

    3.    The case file for the Consolidated Action will be maintained under Master File No.: 1:21-cv-00887-LA. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "No. 1:21-cv-00891-LA ("Anderson")".

    4.    This Order shall not disturb the schedule set by the Court in the order of August 19, 2021, including (1) that Plaintiffs shall file a Consolidated Amended Complaint no later than thirty (30) days following the entry of an order appointing interim class counsel or other designated counsel; (2) that any response to the Consolidated Amended Complaint shall be due within thirty (30) days from filing the Consolidated Amended Complaint; (3) any opposition to a motion to dismiss shall be filed and served within thirty (30) days of the filing of the motion to dismiss; and (4) any reply brief shall be filed and served within fourteen (14) days of the opposition being filed and served.

**IT IS SO ORDERED:**

DATED:   9/21/21                                   s/Lynn Adelman
                                                          UNITED STATES DISTRICT JUDGE