# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE FOREFRONT DATA BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>) Master File No. 1:21-cv-00887-LA<br>)<br>)<br>)<br>) |

## ORDER GRANTING STIPULATION TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND VACATE ALL OTHER DEADLINES

The Court, having read and considered Plaintiffs Judith Leitermann's ("Leitermann"), Lynn Anderson's ("Anderson"), and Milan E. Kunzelmann's ("Kunzelmann" and, together with Leitermann and Anderson, "Plaintiffs") and Defendants Forefront Dermatology, S.C.'s and Forefront Management LLC's (collectively, "Forefront" and, together with Plaintiffs, the "Parties") stipulation seeking an order from the Court (1) setting July 31, 2022 as Plaintiffs' deadline to file their Motion for Preliminary Approval of Class Action Settlement and (2) vacating all other deadlines ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED**;

2. Plaintiffs shall file on or before July 31, 2022 their Motion for Preliminary Approval of Class Action Settlement; and

3. All other deadlines in the case are **VACATED**.

**IT IS SO ORDERED.**

Dated: _July 1_____, 2022          /s/Lynn Adelman_____
                                    The Honorable Lynn Adelman
                                    United States District Court Judge