IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE FOREFRONT DATA BREACH LITIGATION<br><br>This Document Relates to: ALL ACTIONS. | Master File No. 1:21-cv-00887-LA |

## ORDER FOR EXTENSION OF TIME

The Court, having read and considered Plaintiffs Judith Leitermann's ("Leitermann"), Lynn Anderson's ("Anderson"), and Milan E. Kunzelmann's ("Kunzelmann" and, together with Leitermann and Anderson, "Plaintiffs") and Defendants Forefront Dermatology, S.C.'s and Forefront Management LLC's (collectively, "Forefront" and, together with Plaintiffs, the "Parties") stipulation seeking an order from the court setting August 12, 2022, as the Plaintiffs' deadline to file their Motion for Preliminary Approval of Class Action Settlement, and finding good cause therefore, **HEREBY ORDERS THAT:**

1. The Stipulation is **GRANTED**; and
2. Plaintiffs shall file on or before August 12, 2022, their Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated at Milwaukee, Wisconsin, this 1st day of August, 2022.

/s/Lynn Adelman
The Honorable LYNN ADELMAN
United States District Court Judge